**DISTRICT OF OREGON**

**F I L E D**

**April 29, 2026**

**Clerk, U.S. Bankruptcy Court**

04/29/2026                                                                Judge  David W Hercher

12:00 26-31412-dwh7          Moyata Alaka Anotta - db (present)     Self-represented
                             Ankor Holdings, LLC  -cr              ERIC LEVINE, TIMOTHY
                                                                  CONWAY, MAUREEN BAYER


                             Kenneth S Eiler -tr (present)
                             US Trustee, Portland -ust

**Matter: Ankor Holdings, LLCs Emergency Motion (I) to Secure and Protect Property, (II) to Shorten Time for Response, and (III) for Expedited Hearing Filed by Creditor Ankor Holdings, LLC (LEVINE, ERIC) Doc# 13**

Additional Appearances: CARLA MCCLURG and MARK HULL for DEQ, JEANNE SINNOTT for Utica

Summary of Proceedings

Argument was heard on the emergency motion to secure property.

For the reasons stated on the record, the court will grant the motion in part, as specifically set forth in the minute order below.

Minute Order:

The court ORDERS as follows:

1. In this order—
    1. "The premises" means the entire premises at 8140 N. Commercial Avenue in Portland, Oregon, including all structures on the premises.
    2. "Agents and licensees" includes all persons whom Kenneth Eiler (the trustee) authorizes to enter onto the premises, including any auctioneer employed by the trustee and any representatives of or consultants employed by Ankor Holdings, LLC, or the Oregon Department of Environmental Quality whom the trustee authorizes to enter onto the premises.
2. Moyata Alaka Anotta (debtor) must surrender to the trustee debtor's possessory interest in the premises and any personal property of the estate on the premises.
3. Debtor must not interfere with the trustee's or agents' and licensees' entry onto the premises for any purpose, including to secure access to or to perform environmental assessments of the premises.
4. This order does not determine the rights with respect to the premises of any entity other than debtor, the trustee, and the trustee's agents and licensees.

*David W. Hercher*

David W. Hercher
U.S. Bankruptcy Judge